UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Weaver Cooke Construction, LLC, Movant, | ) ) ) | |
| v. | ) ) | |
| | ) | 5:14-CV-475-BR |
| Stock Building Supply, LLC, Respondent. | ) ) ) ) ) | |
| Weaver Cooke Construction, LLC, Movant, | ) ) ) | |
| | ) | 5:14-CV-515-BR |
| v. | ) ) | |
| Curenton Concrete Works, Inc., Respondent. | ) ) ) ) | |
| Weaver Cooke Construction, LLC, Movant, | ) ) ) | |
| | ) | 5:14-CV-524-BR |
| v. | ) ) | |
| Waterproof Specialties, Inc., Respondent. | ) ) ) ) | |
| Weaver Cooke Construction, LLC, Movant, | ) ) ) ) | |
| | ) | 5:14-CV-537-BR |
| v. | ) ) | |
| Stock Building Supply, LLC, Respondent. | ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Weaver Cooke's motions for leave to appeal are DENIED.

**This judgment filed and entered on October 16, 2014, and served on:**

Joseph P. Gram (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III (via CM/ECF Notice of Electronic Filing)
Douglas P. Jeremiah (via CM/ECF Notice of Electronic Filing)
A. Todd Brown (via CM/ECF Notice of Electronic Filing)
Ryan George Rich (via CM/ECF Notice of Electronic Filing)
Andrew A. Vanore, III (via CM/ECF Notice of Electronic Filing)
Ron D. Medlin, Jr. (Via US Mail at Ennis Baynard Morton & Medlin, P.A., PO Drawer 1327, Wrightsville Beach, NC 28480.)
A. Todd Brown (via CM/ECF Notice of Electronic Filing)
Ryan George Rich (via CM/ECF Notice of Electronic Filing)
United States Bankruptcy Court, Eastern District of North Carolina (via US Mail at P.O. Box 791, Raleigh, NC 27602)

October 16, 2014 /s/ Julie A. Richards,
                                                                       Clerk of Court