UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Weaver Cooke Construction, LLC,
        Appellant,

v.

Stock Building Supply, LLC,
        Appellee.

**JUDGMENT**

No. 5:14-CV-475-BR

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 10 June 2014 order of the bankruptcy court is AFFIRMED.

**This judgment filed and entered on May 16, 2016, and served on:**

A. Todd Brown (via CM/ECF Notice of Electronic Filing)
Ryan George Rich (via CM/ECF Notice of Electronic Filing)
C. Hamilton (Hank) Jarrett, III (via CM/ECF Notice of Electronic Filing)
Joseph P. Gram (via CM/ECF Notice of Electronic Filing)
Kelli E Goss (via CM/ECF Notice of Electronic Filing)
Luke J. Farley (via CM/ECF Notice of Electronic Filing)

May 16, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk